IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
:
v. :
:
TYRON ELLERBE : NO. 12-168-1

ORDER

AND NOW, this 10th day of October, 2012, upon consideration of Defendant's Motion to Suppress All Physical Evidence Seized from 248 Delphine Street (Docket #25), the government's opposition thereto, and after a hearing held on October 1, 2012, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that said motion is DENIED.

BY THE COURT:


/s/ Mary A. McLaughlin_
MARY A. McLAUGHLIN, J.